case, Paul Mayweathers raises arguments that are foreclosed by *United States v. Doublin*, 572 F.3d 235, 236–39 (5th Cir. 2009), *petition for cert. filed* (Sept. 21, 2009) (No. 09–6657), which rejected the argument that *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) applies in 18 U.S.C. § 3582(c)(2) proceedings and held that a district court may not reduce a sentence below the minimum provided in the amended Guidelines. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Samuel E. Baker, Jr., raises arguments that under the law of the case doctrine are foreclosed. *See United States v. Agofsky*, 516 F.3d 280, 283 (5th Cir.), *cert. denied*, —— U.S. ——, 129 S.Ct. 64, 172 L.Ed.2d 61 (2008). The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Samuel E. BAKER, Jr., Defendant–Appellant.**

No. 09–40358

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Israel SOLIS–SOLIS, Defendant–Appellant.**

No. 09–40280

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.